UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRANSCARDIAC THERAPEUTICS, INC.,<br><br>Plaintiff<br><br>v.<br><br>AJIT YOGANATHAN, PH.D., JORGE H. JIMINEZ, PH.D., VINOD H. THOURANI, M.D., EMORY UNIVERSITY, GEORGIA TECH RESEARCH CORPORATION, and GEORGIA TECH FOUNDATION, INC.,<br><br>Defendants | CIVIL ACTION: | 1:13-cv-03089-AT |

**DEFENDANTS GEORGIA TECH RESEARCH CORP.'S AND GEORGIA TECH FOUNDATION, INC.'S <u>JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND</u>**

Defendants Georgia Tech Research Corp. and Georgia Tech Foundation, Inc., by their undersigned counsel, hereby join in the arguments asserted in Defendant Emory University's Opposition to Plaintiff's Motion to Remand.

Respectfully submitted this 14th day of November, 2013.

**KING & SPALDING LLP**

*/s/ Holmes J. Hawkins III*

Holmes J. Hawkins, III
(Georgia Bar No. 338681)
James J. Mayberry
(Georgia Bar No. 479158)
Amy Yervanian Jones
(Georgia Bar No. 780817)

1180 Peachtree Street
Atlanta, GA 30309
Tel: 404-572-4600
Fax: 404-572-5134

*Attorneys for Defendants Georgia Tech Research Corporation and Georgia Tech Foundation*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to L.R. 5.1(B) and 7.1(D) of the Northern District of Georgia, that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1(B). The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: November 14, 2013

*/s/ Holmes J. Hawkins III*