IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRANSCARDIAC THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-CV-03089-AT |
| | ) |
| AJIT YOGANATHAN, PH.D., JORGE H. JIMINEZ, PH.D., VINOD H. THOURANI, M.D., EMORY UNIVERSITY, GEORGIA TECH RESEARCH CORPORATION and GEORGIA TECH FOUNDATION, INC., | ) |
| | ) |
| Defendants. | |

**DEFENDANT VINOD H. THOURANI, M.D.'S JOINDER IN EMORY UNIVERSITY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Defendant Vinod H. Thourani, M.D., by his undersigned counsel, joins in Defendant Emory University's Opposition to Plaintiff's Motion to Remand.

Respectfully submitted,

s/Jill Warner
Jill Warner
Georgia Bar No. 378472
Michael E. Brooks
Georgia Bar No. 084710

Attorneys for Defendant Vinod H. Thourani, M.D.

MCRAE BROOKS WARNER LLC
1175 Peachtree Street NE
100 Colony Square, Suite 2100
Atlanta, Georgia 30361
Phone: (404) 681-0700
Fax: (404) 681-0780

## CERTIFICATE OF FONT AND POINT SELECTION

In accordance with Local Rule 7.1(D), the undersigned certifies that this brief was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(C).

s/Jill Warner
Jill Warner

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I electronically filed the foregoing **Defendant Vinod H. Thourani, M.D.'s Joinder in Emory University's Opposition to Plaintiff's Motion to Remand** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

J. Robert Howard
2393 Montview Drive, N.W.
Atlanta, Georgia 30305

John W. Crongeyer, M.D.
CRONGEYER LAW FIRM, P.C.
2170 Defoor Hills Road
Atlanta, Georgia 30318

William Q. Bird
Kristen L. Beightol
BIRD LAW GROUP, P.C.
2170 Defoor Hills Road
Atlanta, Georgia 30318

Holmes J. Hawkins, III
James J. Mayberry
Amy Yervanian Jones
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309

Julie Adams Jacobs
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

Joel D. Bush II
C. Allen Garrett Jr.
Robert E. Buckley
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

s/Jill Warner
Jill Warner
Georgia Bar No. 378472
Michael E. Brooks
Georgia Bar No. 084710

Attorneys for Defendant Vinod H. Thourani, M.D.

MCRAE BROOKS WARNER LLC
1175 Peachtree Street NE
100 Colony Square, Suite 2100
Atlanta, Georgia 30361
Phone: (404) 681-0700
Fax: (404) 681-0780